**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03177-LTB

JOHN ERNEST DADE,

    Plaintiff,

v.

LEO GRIFFARD, CJA Appointed Counsel,
STEVEN RICHERT, Federal Public Defender,
JAMES PETERS, AUSA Federal Prosecutor,
PENNY NORTH, Idaho State County Prosecutor,
USDC-IDP JUDGE WINMILL, Witness Only, and
RICH WORMS, FBI Agent in This Case,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the Motion For Restraining Order Against Leo Griffard to Compel Him to Cease & Desist From Any Further Action in USCD-IDP Case Dade v. USA 09-CV-512-BLW (Doc. No. 14) filed by Plaintiff on January 11, 2012. The motion is DENIED as moot. The instant action was dismissed by an order and judgment on January 5, 2012.

Dated:  January 13, 2012